**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-02479-LTB-BNB

WILLIAM WARREN,

       Plaintiff,

v.

NORTHLAND INSURANCE COMPANY,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendant's Motion for Leave to Assert Counterclaims (Doc 15 - filed April 20, 2007) is **GRANTED**.  The tendered Counterclaims are accepted for filing.

Dated:  April 23, 2007
_____